David K. Delonge (DD9662)
**SCHUMANN HANLON LLC**
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey  07302
(201) 434-2000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
------------------------------------x
WB MUSIC CORP., MOTHER CULTURE     :
PUBLISHING, SONY/ATV CROSS KEYS    :      Civil Action
PUBLISHING, INC., EMI WATERFORD    :      No.
MUSIC, INC., WEBO GIRL PUBLISHING, :
HIDEOUT RECORDS AND DISTRIBUTORS,  :
INC. (GEAR PUBLISHING DIVISION),   :
GNAT BOOTY MUSIC, SMELLY SONGS AND :
ZOMBA ENTERPRISES, INC.,           :
                                   :      COMPLAINT
                   Plaintiffs,     :
                                   :
      -against-                    :
                                   :
JAY KAY JAY, INC. AND KATHLEEN A.  :
TARTIVITA,                         :
                                   :
                   Defendants.     :
                                   :
------------------------------------x
```

Plaintiffs, complaining of the Defendants, by SCHUMANN HANLON LLC, their attorneys, allege:

1.   This is a suit for copyright infringement under Title 17, U.S.C.  Jurisdiction of this Court is based upon Title 28, U.S.C., Section 1338(a).

2.   Plaintiffs allege fourteen (14) causes of action for copyright infringement based on the Defendants' public per-

formances of copyrighted musical compositions.  SCHEDULE A
annexed to the Complaint sets forth in summary form the allega-
tions hereinafter made with respect to the Plaintiffs, their
copyrighted musical compositions, and Defendants' acts of in-
fringement.

3.   Plaintiffs named in Column 2 (all references to
columns are to columns in SCHEDULE A) are the owners of the
copyrights in the works listed in Column 3, and are properly
joined in this complaint under Rule 20, Fed. R. Civ. P.

4.   Defendant Jay Kay Jay, Inc. is a New Jersey
corporation which did at the times hereinafter mentioned and
still does own, control, manage, operate and maintain a place of
business for public entertainment, accommodation, amusement and
refreshment known as Pumps Plus, located at 77 State Route 36 W,
in Keansburg, in the State of New Jersey.

5.   Defendant Kathleen A. Tartivita is a resident of
this District and, at all times hereinafter mentioned was and
still is President of Defendant Jay Kay Jay, Inc., with primary
responsibility for the control, management, operation and mainte-
nance of the affairs of said corporation.  The acts hereinafter
complained of were done with her active assistance, cooperation,
acquiescence and procurement, and she derives financial benefit
therefrom.

6.   Musical compositions were and are publicly per-

2

formed at said place of business.

      7.   The original musical compositions listed in Column 3 were created and written by the persons named in Column 4.

      8.   Each composition was published on the date stated in Column 5, and since the date of publication has been printed and published in strict conformity with Title 17, U.S.C.

      9.   The Plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17, U.S.C., and secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3, and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6.

      10.   Defendants on the dates specified in Column 7, and upon information and belief, at other times prior and subsequent thereto, infringed the copyright in each composition named in Column 3 by giving public performances of the compositions on Defendants' premises, for the entertainment and amusement of the patrons attending said premises, and Defendants threaten to continue such infringing performances.

      11.   The performances of the Plaintiffs' copyrighted musical compositions on the dates specified in Column 7 on Defendants' premises were unauthorized: neither Defendants, nor any of the Defendants' agents, servants or employees, nor any performer was licensed by, or otherwise received permission from

3

any Plaintiff or any agent, servant or employee of any Plaintiff
to give such performances.

      12.   In undertaking the conduct complained of in this
action, Defendants knowingly and intentionally violated Plain-
tiffs' rights.  Defendants' knowledge and intent are established
by the following facts:

      (a)   For periods prior to April 1, 2004, Defendants
held a license agreement from the American Society of Composers,
Authors and Publishers (ASCAP), the performing rights licensing
organization of which all Plaintiffs are members.  That license
agreement authorized public performance of any or all of hundreds
of thousands of copyrighted musical compositions in the ASCAP re-
pertory at Pumps Plus.  In return for their license, Defendants
agreed to pay license fees to ASCAP.

      (b)   Defendants, however, failed to pay license
fees as required by the license agreement, and, as a result,
ASCAP duly terminated Defendants' license agreement for default,
effective April 1, 2004.  Last year, evidence of Defendants'
infringing performance was obtained and an action by ASCAP
members for copyright infringement against Defendants, virtually
identical to the current action, was filed.  That action, <u>Gnat
Booty Music, et al. v. Jay Kay Jay, Inc. and Kathleen A.
Tartivita</u>, Civil Action No. 3:06-cv-5522 (GEB) (filed November
17, 2006), is still pending.

4

(c) Despite ASCAP's licensing efforts and the pendency of the <u>Gnat Booty</u> action, Defendants have continued to perform copyrighted music without permission during the hours that Defendants' establishment is open to the public for business and presenting musical entertainment.

(d) The many unauthorized performances at Pumps Plus include the performances of the fourteen copyrighted musical compositions upon which this action is based.

13. At the times of the acts of infringement com-plained of, the Plaintiff named in each cause of action was the owner of the copyright in the composition therein named.

14. The said wrongful acts of the Defendants have caused and are causing great injury to the Plaintiffs, which dam-age cannot be accurately computed, and unless this Court re-strains the Defendants from the further commission of said acts, said Plaintiffs will suffer irreparable injury, for all of which the said Plaintiffs are without any adequate remedy at law.

WHEREFORE, Plaintiffs pray:

I. That Defendants and all persons acting under the direction, control, permission or authority of Defendants be en-joined and restrained permanently from publicly performing the aforementioned compositions or any of them and from causing or permitting the said compositions to be publicly performed in Defendants' said premises, or in any place owned, controlled or

conducted by Defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise.

II.  That Defendants be decreed to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(1), namely, not more than One Hundred Fifty Thousand Dollars ($150,000) nor less than Seven Hundred And Fifty Dollars ($750) in each cause of action herein.

III.   That Defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs.

IV.   For such other and further relief as may be just and equitable.

SCHUMANN HANLON LLC
Attorneys for Plaintiffs
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey   07302


By _____
David K. DeLonge   (DD9662)

Dated:  July 23, 2007

7

SCHEDULE "A"

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action Plaintiff | | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1. | WB MUSIC CORP., MOTHER CULTURE PUBLISHING | VOICES | MIKE WENGREN, DAN DONEGAN, DAVID DRAIMAN, STEVE "FUZZ" KMAK | 3/7/00 | PA 1-000-622 | 5/30/07 |
| 2. | WB MUSIC CORP., MOTHER CULTURE PUBLISHING | THE GAME | MIKE WENGREN, DAN DONEGAN, DAVID DRAIMAN | 3/7/00 | PA 1-000-622 | 5/30/07 |
| 3. | WB MUSIC CORP., MOTHER CULTURE PUBLISHING | STUPIFY | MIKE WENGREN, DAN DONEGAN, DAVID DRAIMAN, STEVE "FUZZ" KMAK | 3/7/00 | PA 1-000-622 | 5/30/07 |
| 4. | WB MUSIC CORP. | DOWN WITH THE SICKNESS | MIKE WENGREN, DAVID DRAIMAN, DAN DONEGAN, STEVE "FUZZ" KMAK | 3/7/00 | PA 1-000-622 | 5/30/07 |
| 5. | WB MUSIC CORP., MOTHER CULTURE PUBLISHING | VIOLENCE FETISH | MIKE WENGREN, DAN DONEGAN, DAVID DRAIMAN, STEVE "FUZZ" KMAK | 3/7/00 | PA 1-000-622 | 5/30/07 |
| 6. | WB MUSIC CORP., MOTHER CULTURE PUBLISHING | FEAR | MIKE WENGREN, DAN DONEGAN, DAVID DRAIMAN, STEVE "FUZZ" KMAK | 3/7/00 | PA 1-000-622 | 5/30/07 |

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 7. | WB MUSIC CORP., MOTHER CULTURE PUBLISHING | NUMB | MIKE WENGREN, DAN DONEGAN, DAVID DRAIMAN, STEVE "FUZZ" KMAK | 3/7/00 | PA 1-000-622 | 5/30/07 |
| 8. | WB MUSIC CORP., MOTHER CULTURE PUBLISHING | CONFLICT | MIKE WENGREN, DAN DONEGAN, DAVID DRAIMAN, STEVE "FUZZ" KMAK | 3/7/00 | PA 1-000-622 | 5/30/07 |
| 9. | WB MUSIC CORP., SONY/ATV CROSS KEYS PUBLISHING CO., INC. | REDNECK WOMAN | JOHN RICH, GRETCHEN WILSON | 5/11/04 | PA 1-224-618 | 5/30/07 |
| 10. | WB MUSIC CORP., WEBO GIRL PUBLISHING INC., EMI WATERFORD MUSIC, INC. | HUNG UP | MADONNA LOUISE CICCONE, STUART PRICE | 11/15/05 | PA 1-162-837 | 5/30/07 |
| 11. | WEBO GIRL PUBLISHING, INC. | SORRY | MADONNA, STUART PRICE | 11/15/05 | PA 1-300-458 | 5/30/07 |
| 12. | HIDEOUT RECORDS AND DISTRIBUTORS, INC. (GEAR PUBLISHING DIVISION) | YOU'LL ACCOMP'NY ME | BOB SEGER | 2/25/80 | PA 74-936 | 5/30/07 |

SCHEDULE "A"

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringe-ment |
| 13. | GNAT BOOTY MUSIC | HEY YA! | ANDRE BENJAMIN | 9/23/03 | PA 1-222-527 | 5/30/07 |
| 14. | SMELLY SONGS, ZOMBA ENTERPRISES, INC. | BEHIND THESE HAZEL EYES | KELLY CLARKSON, LUKASZ GOTTWALD, MARTIN SANDBERG | 11/30/04 | PA-1-161-121 | 5/30/07 |

SCHEDULE "A"