# SCHUMANN
# HANLON LLC Attorneys At Law
founded in 1850 as Scudder & Gilchrist

FREDERIC W. SCHUMANN
(1908 - 1983)
PAUL M. HANLON
(1934 - 2005)
BRIAN C. DOHERTY
(1948 - 2001)

**DAVID K. DeLONGE**
dkdelonge@shdlaw.com

DIRECT FAX 201-938-1503

30 MONTGOMERY STREET
15TH FLOOR
JERSEY CITY, NJ 07302
(201) 434-2000
(201) 451-1400

PLEASE REPLY TO JERSEY CITY

July 24, 2007

United States District Court, District of New Jersey Trenton
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State St.,
Trenton, NJ 08608

RECEIVED
JUL 2 6 2007
AT 8:30_____M
WILLIAM T. WALSH
CLERK

RE: **WB Music Corp., et al v. Jay Kay Jay, et als**
    **Civil Case No:** ~~1:23-cv-1~~ 07-3439 (GEB)

Sirs:

We filed a Complaint in the above referenced matter on July 23, 2007 and inadvertently omitted to attach summons to the defendants. Enclosed are copies of Summonses to both of the defendants. Kindly issue the Summonses and return the same in the enclosed reply envelope.

We have been advised that the case has been assigned to Camden. The defendants reside in Monmouth County and we believe the case should be assigned to Trenton where a related case, <u>Gnat Booty, et al v. Jay Kay Jay, Inc.</u>, Civil No: 3:06-cv-5522 is pending.

Thank you.

Very truly yours,

David K. DeLonge

DKD:lm
Enclosure(s)

---

Red Bank Office:
Englewood Office:

244 Broad Street, Red Bank, NJ 07701
39 Park Place, Englewood, NJ 07631

732-345-6500
201-541-3880