SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey 07302
(201) 432-2000
Attorneys for Plaintiff
David K. DeLonge (DD9662)

GNAT BOOTY MUSIC, HERBILICIOUS
MUSIC, VIRGINIA BEACH MUSIC,
GOLD DADDY MUSIC, WB MUSIC
CORP., AIN'T NOTHING BUT
FUNKIN' MUSIC, MUSIC OF
WINDSWEPT, BLOTTER MUSIC, ELVIS
MAMBO MUSIC, TVT MUSIC, INC.,
50 CENT MUSIC, J. ALBERT & SON
(USA) INC. AND UNIVERSAL MUSIC
CORP.,

                    Plaintiffs,

-against-

JAY KAY JAY, INC. AND KATHLEEN
A. TARTIVITA,

                    Defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

     Civil Action
No. 07-3439 (GEB)

     SUMMONS

TO:   JAY KAY JAY, INC.
      77 State Route 36 W
      Keansburg, New Jersey 07737

To the above named defendant:

     You are hereby summoned and required to serve upon Schumann
Hanlon LLC, whose address is 30 Montgomery Street, Jersey City, New
Jersey 07302, an answer to the complaint which is herewith served
upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the
complaint.

                              WILLIAM T. WALSH
                              Clerk of Court

                              BY _____
Dated:                           Deputy Clerk

SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey 07302
(201) 432-2000
Attorneys for Plaintiff
David K. DeLonge (DD9662)

| | |
|---|---|
| GNAT BOOTY MUSIC, HERBILICIOUS MUSIC, VIRGINIA BEACH MUSIC, GOLD DADDY MUSIC, WB MUSIC CORP., AIN'T NOTHING BUT FUNKIN' MUSIC, MUSIC OF WINDSWEPT, BLOTTER MUSIC, ELVIS MAMBO MUSIC, TVT MUSIC, INC., 50 CENT MUSIC, J. ALBERT & SON (USA) INC. AND UNIVERSAL MUSIC CORP., <br><br> Plaintiffs, <br> -against- <br><br> JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA, <br><br> Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY <br><br> Civil Action No.  07- 3439 (GEB) <br><br> SUMMONS |

TO:  Ms. Kathleen A. Tartivita
     156 Bayside Drive
     Atlantic Highlands, New Jersey 07718

To the above named defendant:

     You are hereby summoned and required to serve upon Schumann Hanlon LLC, whose address is 30 Montgomery Street, Jersey City, New Jersey 07302, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                              WILLIAM T. WALSH
                              _____
                                  Clerk of Court

                              BY _____
                                  Deputy Clerk

Dated: