# SCHUMANN
# HANLON LLC Attorneys At Law
founded in 1850 as Scudder & Gilchrist

FREDERIC W. SCHUMANN
(1908 - 1983)
PAUL M. HANLON
(1934 - 2005)
BRIAN C. DOHERTY
(1948 - 2001)

**DAVID K. DeLONGE**
dkdelonge@shdlaw.com

DIRECT FAX 201-938-1503

30 MONTGOMERY STREET
15TH FLOOR
JERSEY CITY, NJ 07302
(201) 434-2000
(201) 451-1400

PLEASE REPLY TO JERSEY CITY

July 31, 2007

Clerk, United States District Court
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State St.,
Trenton, NJ 08608

RECEIVED
AUG - 2 2007
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**RE: WB Music Corp., et al v. Jay Kay Jay, et als
Civil Case No: 07-3439 (GEB)**

Sirs:

We filed a Complaint in the above referenced matter on July 23, 2007. Subsequently we requested the Court to issue Summonses but inadvertently submitted an incorrect caption, i.e., from another pending case against the same defendants.

We now enclose proposed Summonses for each of the two defendants in the case bought by WB Music Corp., et als, Civil Action No: 07-3439(GEB). Kindly issue the Summonses and return the same at the earliest opportunity.

Thank you.

Very truly yours,

David K. DeLonge

DKD:lm
Enclosure(s)

Red Bank Office:
Englewood Office:

244 Broad Street, Red Bank, NJ 07701
39 Park Place, Englewood, NJ 07631

732-345-6500
201-541-3880