SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey 07302
(201) 432-2000
Attorneys for Plaintiff
David K. DeLonge (DD9662)

| | |
|---|---|
| WB MUSIC CORP., MOTHER CULTURE PUBLISHING, SONY/ATV CROSS KEYS PUBLISHING, INC., EMI WATERFORD MUSIC, INC., WEBO GIRL PUBLISHING, HIDEOUT RECORDS AND DISTRIBUTORS, INC. (GEAR PUBLISHING DIVISION), GNAT BOOTY MUSIC, SMELLY SONGS AND ZOMBA ENTERPRISES, INC.,<br><br>Plaintiffs,<br>-against-<br><br>JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action<br>No. 07-3439(GEB)<br><br>SUMMONS |

TO: Ms. Kathleen A. Tartivita
    P.O. Box 142
    Atlantic Highlands, New Jersey 07718

To the above named defendant:

You are hereby summoned and required to serve upon Schumann Hanlon LLC, whose address is 30 Montgomery Street, Jersey City, New Jersey 07302, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**

_____
Clerk of Court

BY _____Sharon Syphrett_____
Deputy Clerk

Dated:

SCHUMANN HANLON LLC
30 Montgomery Street, 15th Floor
P.O. Box 2029
Jersey City, New Jersey 07302
(201) 432-2000
Attorneys for Plaintiff
David K. DeLonge (DD9662)

| | |
|---|---|
| WB MUSIC CORP., MOTHER CULTURE PUBLISHING, SONY/ATV CROSS KEYS PUBLISHING, INC., EMI WATERFORD MUSIC, INC., WEBO GIRL PUBLISHING, HIDEOUT RECORDS AND DISTRIBUTORS, INC. (GEAR PUBLISHING DIVISION), GNAT BOOTY MUSIC, SMELLY SONGS AND ZOMBA ENTERPRISES, INC.,<br><br>　　　　　Plaintiffs,<br>-against-<br><br>JAY KAY JAY, INC. AND KATHLEEN A. TARTIVITA,<br><br>　　　　　Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action<br>No. 07-3439(GEB)<br><br>SUMMONS |

TO:　JAY KAY JAY, INC.
　　　77 State Route 36 W
　　　Keansburg, New Jersey 07737

To the above named defendant:

　　You are hereby summoned and required to serve upon Schumann Hanlon LLC, whose address is 30 Montgomery Street, Jersey City, New Jersey 07302, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**
Clerk of Court

BY _____
Deputy Clerk

Dated: