Kathleen A. Tartivita
156 Bayside Drive
P.O. Box 142
Atlantic Highlands, N.J. 07716 – 0142
Defendant, pro se (732) 872-2145

Anna C. Little, Esq.
97 Navesink Avenue
PO Box 382
Highlands, NJ 07732
Attorney for Jay Kay Jay, Inc.

**RECEIVED**
AUG 30 2007
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

US DISTRICT COURT
DISTRICT OF NEW JERSEY

WB Music Corp. et al

Plaintiffs
vs.

JAY KAY JAY, INC. and
KATHLEEN A. TARTIVITA

Defendants

DOCKET NO. 3:07cv-3439GEB)

## CIVIL ACTION
## ORDER EXTENDING TIME
## TO ANSWER COMPLAINT

Kathleen A. Tartivita, defendant pro se and Anna C. Little, attorney for defendant Jay Kay Jay, Inc. make application and request pursuant to L.Civ. R. 6.1 for a fifteen day extension of time for filing defendants' answer to the Complaint herein. In support of said application the defendants respectfully say:

1. The Complaint was served by the plaintiffs on the defendants on August 10, 2007. Defendants response to the answer is due within twenty (20) days, i.e., on or before August 30, 2007.

2. No prior extension of time to respond to the Complaint has been requested or granted herein.

WHEREFORE, the defendants respectfully request that the Court grant a fifteen (15) day extension to respond the Complaint herein, to and including 9/14/2007.

_____
Kathleen A. Tartivita, defendant, pro se

_____
Anna C. Little, attorney for defendant Jay Kay Jay, Inc.

Dated: August 24, 2007

So Ordered:

_____
Deputy Clerk

Kathleen Tartivita
PO Box 142
Atlantic Highlands, NJ 07716

KILMER PROC NJ 085
27 AUG 2007 PM 7 L

Office of the Clerk
United States District Court
402 East State Street
Room 2020
Trenton, NJ  08608

