Michael Cukor
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
Direct:  (973) 596-4573
Fax: (973) 639-6245

Bruce S. Meyer
(*Pro Hac Vice* Application Pending)
**WEIL GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, New York  10153
Direct:  (212) 310-8573
Fax (212) 310-8007

*Attorneys for Third-Party Defendant*
*Cablevision Systems Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WB MUSIC CORP., et al,<br><br>             Plaintiffs,<br><br>       -against-<br><br>JAY KAY JAY, INC. and KATHLEEN A. TARTIVITA,<br><br>             Defendants. | Civil Action No. 07-3439 (GEB) (JJH)<br><br>**CERTIFICATE OF SERVICE**<br><br>*Document electronically filed* |
| JAY KAY JAY, INC.,<br><br>             Third-Party Plaintiff,<br><br>       -against-<br><br>CABLEVISION SYSTEMS CORPORATION,<br><br>             Third-Party Defendant. | |

I, **MICHAEL CUKOR,** hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and a Director of the firm of Gibbons P.C., co-counsel for third-party defendant Cablevision Systems Corporation ("Cablevision") in the above-captioned matter.

2. On November 9, 2007, I caused true and correct copies of Cablevision's Notice of Motion to Dismiss or For Summary Judgment, Memorandum, Declaration of Reed Collins, Rule 7.1 Certification, Rule 11.2 Certification, Rule 56.1 Statement, Form of Proposed Order, and this Certificate of Service to be served upon Anna C. Little, Esq. and Kathleen A. Tartivita by first class mail.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  November 9, 2007
       Newark, New Jersey

By: s/ Michael Cukor, Esq.
Michael Cukor, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
Telephone:  (973) 596-4573
Facsimile:  (973) 639-6245
mcukor@gibbonslaw.com

2

#1244144 v1
107904-61208