RECEIVED

NOV 0 9 2007

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No. 3:07-CV-3439 (GEB) (JJH)

WB MUSIC CORP., et al,

Plaintiffs,

-against-

JAY KAY JAY, INC. and KATHLEEN A.
TARTIVITA,

Defendants.

JAY KAY JAY, INC.,

Third-Party Plaintiff,

-against-

CABLEVISION SYSTEMS CORPORATION,

Third-Party Defendant.

[PROPOSED] ORDER SETTING DATE
ON WHICH CABLEVISION SYSTEMS
CORPORATION SHALL RESPOND TO
THIRD-PARTY COMPLAINT AND
PRESERVING DEFENSES

*Document electronically filed.*

**THIS MATTER** having been presented to the Court upon the application of third-party defendant Cablevision Systems Corporation for the entry of an order, pursuant to Rule 6.1 of the Local Civil Rules of this Court, (i) setting November 9, 2007 as the date on which Cablevision Systems Corporation shall respond to the third-party complaint filed against it by Jay Kay Jay, Inc. in the above-captioned action and (ii) preserving all of Cablevision Systems Corporation's defenses to the third-party complaint; and the Court having considered Michael Cukor, Esq.'s letter dated November 1, 2007 submitted in support of the same application, and all other papers submitted in support of, or in opposition to, the same application, and for good cause shown;

**IT IS** on this ___ day of November 2007,

#1241267 v1
107904-61208

**ORDERED** that the application is granted, and Cablevision Systems Corporation is hereby ordered to move, answer or otherwise respond to the September 13, 2007 third-party complaint of Jay Kay Jay, Inc. on or before November 9, 2007; and it is further

**ORDERED** that all of Cablevision Systems Corporation's defenses to the third-party complaint shall be and hereby are preserved.

Dated:    Trenton, New Jersey
          November __, 2007

_____
Honorable John J. Hughes
United States Magistrate Judge

2