UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WB MUSIC CORP., et al, <br><br> Plaintiffs, <br><br> -against- <br><br> JAY KAY JAY, INC. and KATHLEEN A. TARTIVITA, <br><br> Defendants. <br><br> ——— <br><br> JAY KAY JAY, INC., <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> CABLEVISION SYSTEMS CORPORATION, <br><br> Third-Party Defendant. | *Document electronically filed.* <br><br> Civil Action No. 07-3439 (GEB) (JJH) <br><br> [PROPOSED] **ORDER ADMITTING TODD LARSON *PRO HAC VICE*** <br><br><br> RECEIVED <br><br> NOV 1 9 2007 <br><br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |

    **THIS MATTER** having been presented to the Court upon the application of Gibbons P.C., co-counsel for third-party defendant Cablevision Systems Corporation, seeking the entry of an order, pursuant to New Jersey Local Civil Rule 101.1(c), admitting Todd Larson, Esq. to practice before the Bar of this Court *pro hac vice* for purposes of the above-captioned action, and the Court having considered the declarations of Michael Cukor, Esq. and Todd Larson, Esq. submitted in support of the same application, and with the consent of plaintiffs / counterclaim defendants, and for good cause shown;

    **IT IS** on this 15th day of ~~December~~ November 2007,

    **ORDERED** that the application is granted, and Todd Larson, Esq. is hereby admitted *pro hac vice* to speak for and participate on behalf of third-party defendant Cablevision Systems

#1244846 v1
107904-61208

Corporation in the above-captioned action in the same manner as attorneys authorized to practice law in this State; and it is further

**ORDERED** that Todd Larson, Esq. shall make payment to the New Jersey Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) for each year in which he continues to represent a client in a matter pending before this Court, and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection, and it is further

**ORDERED** that Todd Larson, Esq. shall make payment to the Clerk, United States District Court as required by Local Civil Rule 101.1(c)(3), and it is further

**ORDERED** that Todd Larson, Esq. shall abide by the rules governing the United States District Court for the District of New Jersey, including all relevant disciplinary rules, and it is further

**ORDERED** that Todd Larson, Esq. shall notify this Court immediately of any matter affecting his standing as a member of the bar of any other court; and it is further

**ORDERED** that all pleadings, briefs and any other papers filed with the Court in this action on behalf of third-party defendant Cablevision Systems Corporation shall be signed by an attorney-at-law of this Court employed by the law firm of Gibbons P.C., who will be responsible for them, and for the conduct of Todd Larson, Esq.

Dated: Trenton, New Jersey
~~December __, 2007~~
11/15/2007

_____
Honorable John J. Hughes
United States Magistrate Judge

- 2 -

#1244846 v1
107904-61208